FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 2 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| FERNANDO Z. CARRILLO, <br><br> Petitioner, <br><br> v. <br><br> V.M. ALMAGER, Warden, <br><br> Respondent. | No. CV 08-3444-DSF (AGR) <br><br> **JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: _7 -24-08_

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE